WALTER A. LEDBETTER, as Receiver of H. MUNZESHEIMER et al., Composing the Firm of MUNZESHEIMER & DAUBE, Appellant, *v.* KAUFMAN MANDELL, Respondent.

*Ledbetter* v. *Mandell*, 141 App. Div. 556, affirmed.
(Argued March 4, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1911, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover upon a purported judgment.

*Arthur F. Gotthold* for appellant.

*Louis Marshall* and *Harry S. Bandler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.